**Order entered October 13, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00354-CR

**RICKEY TRENT STANLEY, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062945**

## ORDER

The Court **REINSTATES** the appeal.

On September 9, 2014, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings regarding why the brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represent by court-appointed counsel Donald Hoover; (3) Mr. Hoover "stated good reasons" for not filing appellant's brief; and (4) appellant's brief is ready to be "resubmitted" to the Court. We note that counsel's explanation was not included in the written findings. Additionally, although it appears from the written findings that the brief has been prepared, counsel has not tendered the brief to the Court.

Accordingly, we **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.  No further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE